■ In the Matter of the Claim of DOMINGA MARRERO, Appellant. COMMISSIONER OF LABOR, Respondent. [28 NYS3d 354]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 8, 2015, which dismissed claimant's appeal from a decision of the Administrative Law Judge as untimely.

Decision affirmed. No opinion.

Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.